# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESTMORLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERLIN GLOBAL SERVICES, LLC; AEVEX AEROSPACE; and DOES #1 through #50, inclusive,<br><br>Defendants. | **Case No. 3:21-cv-00970-BEN-MSB**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>**Order Granting Preliminary Approval of Class Action Settlement & Granting Motion for Leave to File Overlength Memorandum**<br><br>**[ECF No. 33 & 34]** |

On this day, came on for consideration Plaintiff David Westmorlan's Unopposed Motion for Preliminary Approval of Class Settlement (ECF No. 34). Also before the Court is Plaintiff's Unopposed Motion for Leave to File an Overlength Memorandum in Support of the Motion for Preliminary Approval (ECF No. 33). Good cause showing, the Court hereby GRANTS both Motions.

The Court therefore ORDERS as follows:

1. Plaintiff's Motion for Leave to File an Overlength Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement (ECF No. 33) is hereby GRANTED.

2. The terms of the Parties' Stipulation and Settlement of a Class Action (the "Settlement Stipulation") are preliminarily approved as being fair, reasonable, and adequate to the class members, subject to further consideration at a final approval hearing, after distribution of the settlement notice to class members, as provided in paragraph 6 of this Order.

3. The Court conditionally certifies, for settlement purposes only, the following Settlement Class. These individuals shall receive notice of the class settlement and are referred to as the "Class":

> **Current and former Drone Mechanics who worked for Merlin Global Services, LLC and/or Aevex Aerospace, from May 17, 2017, to the date of this Order.**

4. Matthew S. Parmet of Parmet PC is appointed Class Counsel.

5. Simpluris, Inc. is appointed as the Settlement Administrator, who shall administer the Settlement in accordance with terms and conditions of this Order and the Settlement Agreement.

6. The form class action settlement notice attached to the Motion as the Appendix is approved.

7. The procedures set forth in the Settlement Stipulation for exclusion and objections to the Settlement are approved.

8. Within 20 days of the date this Order is signed, Defendants shall provide the Settlement Administrator with the contact and personal information for the Class, as provided in paragraph 8(a) of the Settlement Stipulation.

9. Within 10 days of receipt of the Class Information, the Settlement Administrator shall send a copy of the Settlement Notices to the Class Members, as provided in paragraph 11(d) of the Settlement Stipulation.

10. Neither the Settlement, nor any exhibit, document or instrument delivered thereunder shall be construed as or deemed to be evidence of an admission or concession by Defendants of an interpretation of, any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiff, Settlement Class Members or any other person.

11. A hearing to consider and determine whether: the Settlement Agreement should be finally approved, Class Counsel's application for attorneys' fees and costs/expenses should be approved, and whether the application for a class representative service award should be approved, is hereby set for Monday, July 10, 2023 at 10:00 am.

12. The following deadlines shall apply to the Parties and Settlement Administrator:

| ACTION | DEADLINE |
|---|---|
| Deadline for providing class information | 20 days after Preliminary Approval Order |
| Deadline for sending notice | 10 days after receipt of class information |
| Deadline for filing motion for attorneys' fees, expenses, and service awards | 50 days after mailing of notices |
| Deadline for filing objections | 65 days after mailing of notices |
| Deadline to opt-out | 65 days after mailing of notices |
| Deadline for party responses to objections | 10 days prior to Final Approval Hearing |
| Deadline for filing proof of notice compliance | 10 days prior to Final Approval Hearing |

13. All other deadlines in this action are stayed pending the final approval hearing.

February 21, 2023
Date

Hon. Roger T. Benitez
United States District Judge