**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
440 N. Barranca Ave., #1228
Covina, CA 91723
phone      310 928 1277

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESTMORLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERLIN GLOBAL SERVICES, LLC; AEVEX AEROSPACE; and DOES #1 through #50, inclusive,<br><br>Defendants. | **Case No. 3:21-cv-00970-BEN-MSB**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>**Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement**<br><br>Hearing Date:  July 10, 2023<br>Hearing Time:  10:00 am PDT<br>Courtroom:     5A<br>Judge:         Roger T. Benitez |

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on July 10, 2023, at 10:00 pm PDT, or as soon thereafter as the matter may be heard, Plaintiff David Westmorlan will and hereby does move the Court for an order entering a final approval of the class action settlement in this case.

The motion is based upon: this notice of motion; the accompanying memorandum of points and authorities; all accompanying declarations and

exhibits; the papers, records, and pleadings on file in this action; and such other arguments and matters that may be presented to the Court before or at the hearing on the motion.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
_____
**Matthew S. Parmet**
**PARMET PC**

**Attorneys for Plaintiff**

## CERTIFICATE OF CONFERENCE

Prior to filing this Motion, I conferred with Defendants' counsel, who confirmed that Defendants are unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet